Theresa Montalbano Bennett
(Admitted *Pro Hac Vice*)
tb@TheBoatlawyer.com
500 SE 17th Street, Suite 323
Fort Lauderdale, FL 33316
Tel: (954) 463-4007
Fax: (866) 840-5795

Thomas D. Mauriello,
State Bar No. 144811
tomm@maurlaw.com
MAURIELLO LAW FIRM, APC
1181 Puerta Del Sol, Suite 120
San Clemente, CA 92673
Tel: (949) 542-3555
Fax: (949) 606-9690

*Counsel for Plaintiff Sweeteners Plus, Inc.*

JS-6

# IN THE UNITED STATES DISTRICT COURT

## FOR THE CENTRAL DISTRICT OF CALIFORNIA

### SOUTHERN DIVISION

| | |
|---|---|
| SWEETENERS PLUS, INC., a New York corporation,<br><br>　　Plaintiff,<br><br>vs.<br><br>TIMOTHY D. MYERS, an individual; LAW OFFICES OF TIMOTHY D. MYERS, a California entity; CLAIRE AMBROSIO, an individual; TATIANA NAVARRO, an individual; and GILBERT FREIRE, an individual,<br><br>　　Defendants. | CASE NO. CV12-05442 JVS (MLGx)<br><br>**JUDGMENT** |

Based on the Motion of Plaintiff Sweeteners Plus, Inc. for entry of default judgments against Defendant Timothy D. Myers and Defendant Law Offices of Timothy D. Myers and for imposition of an equitable lien against that certain property owned by Defendant Gilbert Freire and Defendant Tatiana Navarro, which the Court granted (Docket No. __):

IT IS ORDERED, ADJUDGED AND DECREED THAT:

Plaintiff Sweeteners Plus, Inc. have judgment in its favor and against Defendants Timothy D. Myers and Law Offices of Timothy D. Myers, jointly and severally, in the amount of $14,625,000.

Plaintiff Sweeteners Plus, Inc. have an equitable lien in the amount of $2,012,500.00 against that certain property owned by Defendant Gilbert Freire and Defendant Tatiana Navarro (the "Property"), imposed as of September 28, 2011 which is the date that Defendants Gilbert Freire and Tatiana Navarro used Plaintiff's funds to purchase the Property, and of which Defendant Gilbert Freire and Defendant Tatiana Navarro are jointly and severally liable with Defendants Timothy D. Myers and Law Offices of Timothy D. Myers, and the Property being more fully described as follows:

> Parcel One of Parcel Map 31336, in the County of Riverside, State of California, as per map recorded in Book 212 Parcel Maps, pages 21 and 22, in the office of the County Recorder of said County.
> Also known as: 71375 Chollo Way, Palm Desert, CA 92260  AP #: 628 – 380 – 034 – 4.

Plaintiff Sweeteners Plus, Inc. shall recover its costs in the amount of $2,847.81.

2
[PROPOSED] JUDGMENT

Plaintiff Sweeteners Plus, Inc. shall recover its attorneys' fees in the amount of $55,470.00.

The Court shall retain jurisdiction over this action for purposes of construing and enforcing the terms of this Judgment and for punishing any violations thereof.

Date: February 05, 2013   _____
HON. JAMES V. SELNA
UNITED STATES DISTRICT JUDGE