**FICKEL & DAVIS**
Mary L. Fickel, Esq. (#221872)
3254 Fourth Avenue
San Diego, California 92103
Tel. (619) 557-9420 / Fax (619) 557-9425
mfickel@fickeldavislaw.com

Attorneys for Plaintiff/Judgment Creditor
SWEETENERS PLUS, INC.

# UNITED STATES DISTRICT COURT
# CENTRAL DISTRICT OF CALIFORNIA
# SOUTHERN DIVISION

| | |
|---|---|
| SWEETENERS PLUS, INC., <br><br> Plaintiff, <br><br> v. <br><br> TIMOTHY D. MYERS; LAW OFFICES OF TIMOTHY D. MYERS; CLAIRE AMBROSIO; TATIANA NAVARRO; and GILBERT FREIRE, <br><br> Defendants. | Case No. CV12-05442 JVS (JPRx) <br><br> **ORDER TO SHOW CAUSE WHY AN ORDER FOR SALE OF DWELLING SHOULD NOT BE MADE** <br><br> [F.R.C.P. 69 & C.C.P. §704.750, et seq.] <br><br> Ctrm.: 10-C <br> Judge: Hon. James V. Selna |

**TO: DEFENDANTS TATIANA NAVARRO, GILBERT FREIRE & ALL INTERESTED PARTIES:**

The Court having considered the Ex Parte Application of Plaintiff SWEETENERS PLUS, INC. for an Order for Sale of the real property dwelling, commonly known as 71375 Chollo Way, Palm Desert, California 92260, the accompanying Application, Memorandum of Points and Authorities, Declarations, Exhibits and Proposed Order, the pleadings and records on file herein and good cause appearing therefore:

/ / /

**IT IS HEREBY ORDERED** that Defendants TATIANA NAVARRO and

1

Sweeteners Plus, Inc. v. Timothy D. Myers, et al.     CV12-05442 JVS (MLGx)
ORDER TO SHOW CAUSE WHY AN ORDER FOR SALE OF DWELLING SHOULD NOT BE MADE
O:\ECF Ready\Sweeteners Plus - OSC.Order.wpd

1  GILBERT FREIRE and all parties claiming an interest in the subject real property shall
2  appear on:
3      Date:  August 12, 2013
4      Time: 1:30 p.m.
5      Ctrm: 10-C
6      Judge: Hon. James V. Selna
7  before this court located at 411 W. Fourth Street, Santa Ana, California, 92701, to then
8  and there show cause, if any they have, why Plaintiff's Application for sale of the
9  Dwelling should not be granted.
10     **IT IS HEREBY FURTHER ORDERED** that a copy of this order to show cause,
11 ex parte application, memorandum of points and authorities, declarations, notice of
12 exhibits and notice of hearing in the form prescribed by the California Judicial Counsel
13 shall be served, personally or by mail, on Defendants Tatiana Navarro and Gilbert Freire
14 and all interested parties.  Copies of each of these documents shall also be personally
15 served on the occupants of the dwelling or, if no occupant is present at the time service
16 is attempted, posted in a conspicuous place at the dwelling.  Service and posting of these
17 documents shall be accomplished at least 30 days before the date of the hearing set forth
18 above and may be completed by either the Marshal's office or Janney & Janney, the
19 California  registered process server appointed by this Court's Order, entered June 19,
20 2013.
21     **IT IS SO ORDERED:**
22
23
**Dated:** July 11, 2013
24
25         **JUDGE,  UNITED STATES DISTRICT COURT**

**FICKEL & DAVIS**
**ATTORNEYS AT LAW**
3254 FOURTH AVENUE
SAN DIEGO, CALIFORNIA 92103
TELEPHONE (619)557-9420 - FACSIMILE (619)557-9425

2

Sweeteners Plus, Inc. v. Timothy D. Myers, et al.    CV12-05442 JVS (MLGx)
ORDER TO SHOW CAUSE WHY AN ORDER FOR SALE OF DWELLING SHOULD NOT BE MADE
O:\ECF Ready\Sweeteners Plus - OSC.Order.wpd